IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| LAURA JAKUBAUSKAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:24-cv-00057 (JPJ/PMS) ) ) |
| EMORY AND HENRY UNIVERSITY, | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Laura Jakubauskas and Defendant Emory and Henry University (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the entire action with prejudice, and that each party shall bear their own attorneys' fees and costs.

Dated: February 24, 2026                    Respectfully submitted,

/s/ Lindsay R. McKasson                    /s/ Mary Elizabeth Davis (with permission)
Lindsay R. McKasson, VSB No. 96074         Mary Elizabeth Davis (VSB No. 41908)
Parker Bowman, VSB No. 100389              WHITEFORD, TAYLOR & PRESTON, L.L.P.
BINNALL LAW GROUP, PLLC                    Two James Center
717 King Street, Suite 200                 1021 E. Cary Street, Suite 2100
Alexandria, Virginia 22314                 Richmond, Virginia 23219
Phone: (703) 888-1943                      Telephone: (804) 799-7864
lindsay@binnall.com                        Facsimile: (804) 977-3294
parker@binnall.com                         Email: bdavis@whitefordlaw.com

*Counsel for Plaintiff*                    Caitlin E. Tobin (VSB No. 98432)

                                                                                            WHITEFORD, TAYLOR & PRESTON, L.L.P.
                                                                                            1800 M Street, NW, Suite 450N
                                                                                            Washington, DC 20036
                                                                                            Telephone: (202) 836-8461
                                                                                            Facsimile: (202) 327-6186
                                                                                            E-mail: ctobin@whitefordlaw.com

                                                                                            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Lindsay R. McKasson
Lindsay R. McKasson, VSB No. 96074

*Counsel for Plaintiff*